UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL RIOS-VARGAS,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22CR0181-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **April 29, 2022**; the hearing is **CONTINUED** to **Friday, May 6, 2022** at **9:00 a.m.**

　　　　　IT IS SO ORDERED.

Dated:  April 25, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

22CR0181